In re **Conrado Z. Gonzales**        Case No. **09-10176**
     **Teresita P. Gonzales**
                                                     (if known)

*AMENDED 4/24/2009*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxx4053<br>**Ace Cash Express**<br>1231 Greenway Drive<br>Ste 700<br>Irving, TX 75038 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $685.00 |
| ACCT #:<br>**Advance America**<br>601 S. Grady Way, Ste K<br>Renton, WA 98057 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $455.00 |
| ACCT #: xxxxx0216<br>**Associated Emergency Physicians**<br>PO Box 24584<br>Seattle, WA 98124-0584 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $80.00 |
| ACCT #: xxxxxxxxxx7202<br>**Beneficial**<br>PO Box 5240<br>Carol Stream, IL 60197-5240 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $595.00 |
| ACCT #: xxxxxxxx2539<br>**Capital 1 Bank**<br>Attn: C/O TSYS Debt Management<br>PO Box 5155<br>Norcross, GA 30091 | | C | DATE INCURRED: 02/2008<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,023.00 |
| ACCT #: xxxxxxxxxxx1101<br>**Citi Flex**<br>PO Box 6241<br>Sioux Falls, SD 57117 | | C | DATE INCURRED: 12/2007<br>CONSIDERATION:<br>**Check Credit or Line of Credit**<br>REMARKS: | | | | $7,127.00 |
| | | | | | | Subtotal > | $9,965.00 |
| | | | | | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

_____5_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.
In re **Conrado Z. Gonzales**  Case No. **09-10176**
**Teresita P. Gonzales**
(if known)

*AMENDED 4/24/2009*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxx2946<br>**Citibank USA**<br>**Attn.: Centralized Bankruptcy**<br>**PO Box 20507**<br>**Kansas City, MO 64195** | | C | DATE INCURRED: 07/2005<br>CONSIDERATION: Charge Account<br>REMARKS: Home Depot Credit Services | | | | $159.00 |
| ACCT #: xxxxx0901<br>**Credit First**<br>**PO Box 818011**<br>**Cleveland, OH 44181** | | C | DATE INCURRED: 10/2004<br>CONSIDERATION: Charge Account<br>REMARKS: | | | | $18.00 |
| ACCT #: xxxxxxxxxx7202<br>**HFC**<br>**Attn.: Bankruptcy**<br>**961 Weigel Dr**<br>**Elmhurst, IL 60126** | | C | DATE INCURRED: 06/2007<br>CONSIDERATION: Check Credit or Line of Credit<br>REMARKS: | | | | $9,216.00 |
| ACCT #: xxxx-xxxx-xxxx-9413<br>**Hsbc Bank**<br>**PO Box 5253**<br>**Carol Stream, IL 60197** | | C | DATE INCURRED: 09/2007<br>CONSIDERATION: Credit Card<br>REMARKS: | | | | $1,351.48 |
| **Representing:**<br>**Hsbc Bank** | | | **ARM**<br>**PO Box 129**<br>**Thorofare, NJ 08086-0129** | | | | Notice Only |
| ACCT #: xxxxxxxx2126<br>**Hsbc Bank**<br>**PO Box 5253**<br>**Carol Stream, IL 60197** | | C | DATE INCURRED: 09/2007<br>CONSIDERATION: Credit Card<br>REMARKS: | | | | $846.00 |

Sheet no. __1__ of __5__ continuation sheets attached to  Subtotal > $11,590.48
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Conrado Z. Gonzales**  Case No. **09-10176**
**Teresita P. Gonzales**
(if known)

*AMENDED 4/24/2009*
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxx41N1<br>Landmark Svc<br>777 108th Ave Ne<br>Bellevue, WA 98004 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | $303.00 |
| ACCT #: xxxxxxxx8206<br>Lowes / MBGA<br>Attention: Bankruptcy Department<br>PO Box 103106<br>Roswell, GA 30076 | | C | DATE INCURRED: **09/2007**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $230.00 |
| ACCT #: xxxxxxxxx7320<br>Macys<br>Attn: Bankruptcy<br>PO Box 8053<br>Mason, OH 45040 | | C | DATE INCURRED: **07/2006**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $617.00 |
| ACCT #:<br>Money Mart<br>c/o NCS<br>PO Box 3002<br>17704 134th Ave NE<br>Woodinville, WA 98072-3002 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>Moneytree<br>PO Box 58363<br>Seattle, WA 98138 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $620.00 |
| ACCT #:<br>NCO Financial<br>PO Box 61247, Dept 64<br>Virginia Beach, VA 23466 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | **Notice Only** |

Sheet no. __2__ of __5__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$1,770.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Conrado Z. Gonzales**　　　　　　　　　　　Case No. **09-10176**
　　　　**Teresita P. Gonzales**　　　　　　　　　　　　　　　　(if known)

*AMENDED 4/24/2009*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Paclab**<br>**PO Box 2670**<br>**Spokane, WA 99220-2670** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $300.00 |
| ACCT #:<br>**Ricardo Beltran**<br>**2108 Blaine Ave S.**<br>**Renton, WA 98055** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Loan**<br>REMARKS: | | | | $300,000.00 |
| ACCT #: xxxxxxxxxxxxxxxxx0501<br>**Sallie Mae**<br>**Attn: Claims Dept**<br>**PO Box 9500**<br>**Wilkes Barre, PA 18773** | X | C | DATE INCURRED: 05/2008<br>CONSIDERATION:<br>**Educational**<br>REMARKS:<br>**Co-signed for God-son on student loan** | | | | $3,685.00 |
| ACCT #: xxxxxxxx7062<br>**Sams Club**<br>**Attention: Bankruptcy Department**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | C | DATE INCURRED: 02/2004<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $1,426.00 |
| ACCT #: xxxxxxxxxxxx9548<br>**Sears/cbsd**<br>**PO Box 6189**<br>**Sioux Falls, SD 57117** | | C | DATE INCURRED: 05/2008<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,015.00 |
| ACCT #: xxxxxxxx3698<br>**US Bank Hogan LOC**<br>**PO Box 5227**<br>**Cincinnati, OH 45201** | | C | DATE INCURRED: 06/2006<br>CONSIDERATION:<br>**Check Credit or Line of Credit**<br>REMARKS: | | | | $965.59 |

Sheet no. __3__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal >　　**$308,391.59**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Conrado Z. Gonzales**  Case No. **09-10176**
**Teresita P. Gonzales**
(if known)

*AMENDED 4/24/2009*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx-xxxxxxx0103**<br>**Valley Medical Center**<br>**400 South 43rd Street**<br>**Renton, WA 98055-5010** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $7,565.20 |
| ACCT #: **xxxxxxxxx657-1**<br>**Valley Radiologiest**<br>**PO Box 3756**<br>**Seattle, WA 98124-3756** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $125.36 |
| ACCT #: **xxx-xx-39-80**<br>**Virginia Mason Medical Center**<br>**PO Box 34924**<br>**Seattle, WA 98124-1924** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $397.00 |
| **Representing:**<br>**Virginia Mason Medical Center** | | | **Computer Credit Inc.**<br>**2525 East 29th Ave #10B-1000**<br>**Spokane, WA 99223-4857** | | | | **Notice Only** |
| ACCT #: **xxxxxxxxxxxx6482**<br>**Visdsnb**<br>**Bankruptcy**<br>**6356 Corley Rd**<br>**Norcross, GA 30071** | | C | DATE INCURRED: 07/2007<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,256.00 |
| ACCT #: **xxxxxxx0078**<br>**Wf Fin Bank**<br>**PO Box 182273**<br>**Columbus, OH 43218** | | C | DATE INCURRED: 01/2008<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,742.00 |

Sheet no. ___**4**___ of ___**5**___ continuation sheets attached to  Subtotal >  $11,085.56
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Conrado Z. Gonzales**     Case No. **09-10176**
    **Teresita P. Gonzales**
                                                                               (if known)

*AMENDED 4/24/2009*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxx2030<br>**Wf Fin Bank/Wells Fargo Financial**<br>**Attn: Bankruptcy Dept**<br>**2143 East Convention Center Way #200**<br>**Ontario, CA 91764** | | C | DATE INCURRED: **02/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $3,856.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __5__ of __5__ continuation sheets attached to        Subtotal >     **$3,856.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                               Total >     **$346,658.63**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)