Form ntcclm (06/2007)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:

 Conrado Z Gonzales
 SSN: xxx−xx−0795

 Teresita P Gonzales
 SSN: xxx−xx−0891

 Debtor(s).

Case Number: 09−10176−SJS
Chapter: 7

## NOTICE TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

YOU ARE NOTIFIED that the Trustee in this case, **James Rigby**, has recovered assets. Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court at the address above on or before **November 13, 2009.**

Creditors who do not file a proof of claim on or before this date may not be entitled to share in any distribution from the Debtor's estate.

The proof of claim form is attached to this notice. It can be filed by regular mail. If you wish to receive proof of its receipt by the Bankruptcy Court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope.

There is no fee for filing the proof of claim.

**ANY CREDITOR WHO HAS FILED A PROOF OF CLAIM
ALREADY NEED NOT FILE ANOTHER PROOF OF CLAIM**

Dated: August 14, 2009

              Mark L. Hatcher
              Clerk of the Bankruptcy Court

              By: Judy Birkland
              Deputy Clerk

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT Western District of Washington | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Conrado Z Gonzales<br>Teresita P Gonzales | Case Number: 09-10176 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br><br><br><br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |
| **1. Amount of Claim as of Date Case Filed:** $_____<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** _____<br>  (See instruction #2 on reverse side.)<br>**3. Last four digits of any number by which creditor identifies debtor:** _____<br>  **3a. Debtor may have scheduled account as:** _____<br>     (See instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507 (a)(4). |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br>**Describe:**<br>**Value of Property:** $_____ **Annual Interest Rate**___%<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br>  **if any:** $_____ **Basis for perfection:** _____<br><br>**Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____ | ☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).<br><br>☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | **Amount entitled to priority:**<br><br>$_____<br><br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |
| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____**INFORMATION**_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 0981-2           User: judyb                Page 1 of 2                Date Rcvd: Aug 14, 2009
Case: 09-10176                 Form ID: ntcclm            Total Noticed: 57
```

The following entities were noticed by first class mail on Aug 16, 2009.
```
db          +Conrado Z Gonzales,    15742 116th Ave SE,    Renton, WA 98058-4656
jdb         +Teresita P Gonzales,    15742 116th Ave SE,    Renton, WA 98058-4656
aty         +Christina Latta Henry,    Seattle Debt Law LLC,    705 2nd Ave Ste 501,    Seattle, WA 98104-1715
aty         +David E McAllister,    Pite Duncan LLP,    4375 Jutland Dr Ste 200,    San Diego, CA 92117-3600
tr          +James Rigby,    600 Stewart St. #1908,    Seattle, WA 98101-1220
sr          +Citi Residential Lending Inc,    Pite Duncan LLP,    c/o David E McAllister,
              4375 Jutland Dr Ste 200,    San Diego, CA 92117-3600
951502164    ARM,    PO Box 129,    Thorofare, NJ 08086-0129
951502162   +Ace Cash Express,    1231 Greenway Dr Ste 700,    Irving TX 75038-2556
951502165    Associated Emergency Physicians,    PO Box 24584,    Seattle, WA 98124-0584
951791604   +Atty General of the United States,    Dept of Justice,    10th & Constitution,
              Washington DC 20530-0001
951580190   +Beneficial Finance,    415 Baker Blvd,    Seattle WA 98188-2908
951502167   +Bryan Gonzales,    107 Main Ave S. Apt 305,    Renton, WA 98057-2102
951580191    Citi Cards,    PO Box 6077,    Sioux Falls SD  57117-6077
951502169   +Citi Flex,    PO Box 6241,    Sioux Falls, SD 57117-6241
951502170    Citi Residental Lending,    PO Box 11000,    Santa Ana, CA 92711-1000
951502171   +Citibank USA,    Centralized Bankruptcy,    PO Box 20507,    Kansas City MO 64195-0507
951502172   +Citifinancial,    PO Box 499,    Hanover, MD 21076-0499
951502173    City of Seattle,    PO Box 34016,    Seattle, WA 98124-1016
951502174   +Computer Credit Inc,    2525 E 29th Ave #10B-1000,    Spokane WA 99223-4855
951502179   +Jose Marie Lansang,    4242 S Willow St,    Seattle WA 98118-3637
951502180   +King Co Treasury,    500 4th Ave, Rm 600,    Seattle WA 98104-2340
951502181   +Landmark Svc,    777 108th Ave Ne,    Bellevue, WA 98004-5130
951502184   +Money Mart,    c/o NCS,    PO Box 3002,    17704 134th Ave NE,    Woodinville, WA 98072-4605
951502185   +Moneytree,    PO Box 58363,    Seattle, WA 98138-1363
951502186   +NCO Financial,    PO Box 61247, Dept 64,    Virginia Beach, VA 23466-1247
951502187    Paclab,    PO Box 2670,    Spokane, WA 99220-2670
951696867   +Ricardo Beltran,    2108 Blaine Ave S,    Renton WA 98055-4524
951502189   +Sallie Mae,    Attn: Claims Dept,    PO Box 9500,    Wilkes Barre, PA 18773-9500
951502191   +Sears/CBSD,    PO Box 6189,    Sioux Falls SD 57117-6189
951791603    US Attorney General,    Dept of Justice,    950 Pennsylvania Ave NW,    Washington DC  20530-0001
951502193   +US Bank Hogan LOC,    PO Box 5227,    Cincinnati, OH 45201-5227
951791601   +United States Atty,    700 Stewart St #5220,    Seattle WA 98101-1271
951502194   +Valley Medical Ctr,    400 S 43rd St,    Renton WA 98055-5714
951502195    Valley Radiologiest,    PO Box 3756,    Seattle, WA 98124-3756
951502196    Virginia Mason Medical Ctr,    PO Box 34924,    Seattle WA  98124-1924
951502197   +Visdsnb,    Bankruptcy,    6356 Corley Rd,    Norcross, GA 30071-1704
951502200   +WF Fin Bank,    PO Box 182273,    Columbus OH 43218-2273
951502201   +WF Fin Bank/,    Wells Fargo Financial,    Attn: Bankruptcy Dept,    2143 E Convention Ctr Way #200,
              Ontario CA 91764-5451
```

The following entities were noticed by electronic transmission on Aug 14, 2009.
```
tr          +EDI: FJRIGBY.COM Aug 14 2009 20:58:00      James Rigby,    600 Stewart St. #1908,
              Seattle, WA 98101-1220
smg          EDI: WADEPREV.COM Aug 14 2009 20:58:00      State of Washington,    Department of Revenue,
              2101 4th Ave, Ste 1400,    Seattle, WA  98121-2300
ust         +E-mail/Text: USTPREGION18.SE.ECF@USDOJ.GOV                            US Trustee,
              700 Stewart St Ste 5103,    Seattle, WA 98101-1271
cr          +E-mail/Text: BNOTICING@WSECU.ORG                            WSECU,    Danette Maloney,
              PO Box WSECU,    Olympia, WA 98507-0099
951502163   +Fax: 864-336-7400 Aug 15 2009 00:25:35      Advance America,    601 S Grady Way, Ste K,
              Renton WA 98057-3229
951502166    EDI: HFC.COM Aug 14 2009 20:58:00      Beneficial,    PO Box 5240,    Carol Stream, IL 60197-5240
951502168   +EDI: CAPITALONE.COM Aug 14 2009 20:58:00      Capital 1 Bank,    c/o TSYS Debt Mgmt,    PO Box 5155,
              Norcross GA 30091-5155
951502171   +EDI: CITICORP.COM Aug 14 2009 20:58:00      Citibank USA,    Centralized Bankruptcy,    PO Box 20507,
              Kansas City MO 64195-0507
951502175   +EDI: CRFRSTNA.COM Aug 14 2009 20:58:00      Credit First,    PO Box 818011,
              Cleveland, OH 44181-8011
951502176   +EDI: HFC.COM Aug 14 2009 20:58:00      HFC,    Attn.: Bankruptcy,    961 Weigel Dr,
              Elmhurst, IL 60126-1058
951502177   +EDI: HFC.COM Aug 14 2009 20:58:00      HSBC Bank,    PO Box 5253,    Carol Stream IL 60197-5253
951791602    EDI: IRS.COM Aug 14 2009 20:58:00      Internal Revenue Svc,    Attn: K Contrearas,
              Special Procedures,    915 2nd Ave, M/S 244,    Seattle WA  98174
951791605    EDI: IRS.COM Aug 14 2009 20:58:00      Internal Revenue Svc,    PO Box 21126,
              Philadelphia PA  19114-0326
951502178    EDI: IRS.COM Aug 14 2009 20:58:00      Internal Revenue Service,    PO Box 21125,
              Philadelphia PA 19114-0325
951502182   +EDI: RMSC.COM Aug 14 2009 20:58:00      Lowes / MBGA,    Attn: Bankruptcy Dept,    PO Box 103106,
              Roswell GA 30076-9106
951502183   +EDI: TSYS2.COM Aug 14 2009 20:58:00      Macys,    Attn: Bankruptcy,    PO Box 8053,
              Mason, OH 45040-8053
951502188   +EDI: RESURGENT.COM Aug 14 2009 20:58:00      Resurgent,    PO Box 10584,    Greenville SC 29603-0584
951502190   +EDI: RMSC.COM Aug 14 2009 20:58:00      Sams Club,    Attn: Bankruptcy Dept,    PO Box 103104,
              Roswell GA 30076-9104
951502192   +EDI: AISTMBL.COM Aug 14 2009 20:58:00      T-Mobile Bankruptcy Team,    PO Box 53410,
              Bellevue, WA 98015-3410
951502193   +EDI: USBANKARS.COM Aug 14 2009 20:58:00      US Bank Hogan LOC,    PO Box 5227,
              Cincinnati, OH 45201-5227
951502199   +EDI: WADEPREV.COM Aug 14 2009 20:58:00      WA Dept of Revenue,    2101 4th Ave, Ste 1400,
              Seattle WA 98121-2300
```

```
District/off: 0981-2           User: judyb              Page 2 of 2              Date Rcvd: Aug 14, 2009
Case: 09-10176                 Form ID: ntcclm          Total Noticed: 57
```

The following entities were noticed by electronic transmission (continued)
951502198     +E-mail/Text: BNOTICING@WSECU.ORG                     WSECU,   PO Box Wsecu,
               Olympia WA 98507-0099
                                                                                        TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp            Robert N Anderton
                                                                                        TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2009**                    **Signature:**        _Joseph Speetjens_